IN THE UNITED STATES BANKRUPTCY COURT FOR
THE NORTHERN DISTRICT OF MISSISSIPPI

IN THE MATTER OF:                                                          CHAPTER 13 NO.:

RODNEY THOMAS and
M. LESLIE THOMAS                                                           07-10034

## FINAL ORDER OF DISMISSAL

THIS MATTER came before the Court on the *ore tenus* motion of the Trustee for a Final Order of Dismissal, and the Court, being fully advised in the premises, does hereby find that pursuant to an Agreed Order [Dk#68] entered herein on July 30, 2008, Debtors were to remit to the Trustee the sum of $3,854.00 on or before August 18, 2008, however, Debtors failed to abide by the terms of the Agreed Order.

IT IS THEREFORE ORDERED AND ADJUDGED as follows:

1. Trustee's *ore tenus* motion shall be and is hereby sustained.

2. This Court shall retain jurisdiction for the sole purpose of disbursing funds from lawsuits which have been brought or could have been brought by the Chapter 13 Trustee on behalf of this bankrupt estate.

3. This case shall be and is hereby dismissed.

SO ORDERED this the 3rd day of September, 2008.

U. S. BANKRUPTCY JUDGE

SUBMITTED BY:

/s/ W. Jeffrey Collier
W. JEFFREY COLLIER – MSB #10645
ATTORNEY FOR TRUSTEE
POST OFFICE BOX 55829
JACKSON, MS 39296-5829
601/355-6661